# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MONA MAHMOUDI,<br>    Plaintiff,<br><br>    v.<br><br>RENA BITTER, et al.,<br>    Defendants. | Civil No.: 5:22-cv-04505NC (NC) (ECF)<br><br>**DISMISSAL ORDER**<br><br>**The Honorable Nathanael M. Cousins** |

Upon consideration of Parties' *Stipulation for Dismissal*, it is hereby:

**ORDERED** that this action shall be dismissed,

**SO ORDERED** this 24th day of January, 2023.



_____
The Honorable Nathanael M. Cousins,
United States Magistrate Judge

1

# LIST OF NAMES AND ADDRESSES OF ALL ATTORNEYS ENTITLED TO BE NOTIFIED OF THE ORDER'S ENTRY

The following attorneys are entitled to be notified of the entry of this Order:

JOSHUA L. GOLDSTEIN, ESQ
Attorney For Plaintiff
Goldstein Immigration Lawyers
611 Wilshire Blvd., Suite 317,
Los Angeles, CA 90017
Telephone:  (213) 425-1979
Email: jg@jgoldlaw.com
United States District Court for the Northern District of California Bar No. CA Bar # 332467


ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
FAX: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov
Attorneys for the United States of America